United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
7    CRISTOPHER CARREA, JR.,
8                  Plaintiff,                    No. C 09-0649 PJH (PR)
9         v.                                     **ORDER OF TRANSFER**
10   SAN DIEGO COUNTY, et al.,
11                  Defendants.
12   _____/
13         This is a civil rights case brought pro se by a state prisoner.  The acts complained of
14   occurred in San Diego, which lies within the venue of the United States District Court for
15   the Southern District of California.  It appears likely that the defendants reside there as well.
16   Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).
17         This case is **TRANSFERRED** to the United States District Court for the Southern
18   District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not
19   rule upon plaintiff's request for leave to proceed in forma pauperis.  Plaintiff may disregard
20   the notice of IFP deficiency sent to him by the clerk.
21         **IT IS SO ORDERED.**
22   Dated:.  February 18, 2009.        _____
23                                              PHYLLIS J. HAMILTON
                                              United States District Judge
24
25
26
27   G:\PRO-SE\PJH\CR.09\CARREA0649.TRN.wpd
28